IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FARMERS INSURANCE EXCHANGE                                           PLAINTIFF

V.                                               CIVIL ACTION NO.: 1:16-CV-134-SA-RP

RICKY SHEFFIELD and
BECKY WINTER                                                        DEFENDANTS

ORDER

For the reasons fully articulated in the Court's Memorandum Opinion issued this day, Plaintiff's Motion for Summary Judgment [31] must be DENIED.

It is SO ORDERED this the 5th day of September, 2017

/s/ Sharion Aycock
UNITED STATES DISTRIC JUDGE