IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FARMERS INSURANCE EXCHANGE                                    PLAINTIFF

V.                                        CIVIL ACTION NO.: 1:16-CV-134-SA-RP

RICKY SHEFFIELD, INDIVIDUALLY, et al                          DEFENDANTS

## JUDGMENT OF FINAL DISMISSAL WITH PREJUDICE

THIS DAY THIS CAUSE came before this Court upon the joint motion of the parties for a dismissal of the cause of action and the Court, having heard and considered same, does hereby find that the parties have reached an agreement and/or compromise and, therefore, the motion is well-taken and shall be granted. The above captioned cause of action is hereby dismissed with prejudice, with each party to be responsible for their own costs.

SO ORDERED AND ADJUDGED, this the 20th day of October, 2017.


/s/ Sharion Aycock
U.S. DISTRICT COURT JUDGE


APPROVED BY:

/s/ Jeremy D. Hawk
Jeremy D. Hawk, Esquire
*Attorney for Plaintiff, Farmers Insurance*
*Exchange*


/s/ Bradford Morris
Bradford Morris, Esq.
*Attorney for Defendant,    Ricky Sheffield, Individually*
*and as Administrator of the Estate of Crystal Orick,*
*Deceased and the Estate of Crystal Orick, Deceased*


/s/ Jason Herring
Jason Herring, Esq.
*Attorney for Defendant, Becky Winter, Individually*
*and as Administratrix Of the Estate of Carlos Fowler,*
*Deceased and the Estate of Carlos Fowler, Deceased*